# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MELINDA R. FISHER, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>WAL-MART STORES, INC., et al., )<br>)<br>Defendant(s). ) | Case No. 08-000512-CV-W-DGK |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

    **IT IS ORDERED AND ADJUDGED** that Wal-Mart's Motion for Summary Judgment (Doc. #87) and Defendants James F. Junkin's and Dale Loney's Motion for Summary Judgment (Doc. #103) are granted.

 July 6, 2009             Ann Thompson  
Dated                       Clerk of Court

 July 6, 2009             /s/ Alex Francis  
Entered                      (by) Deputy Clerk